RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com
Attorney for Jeffery Denell Jackson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00294-APG-DJA |
| Plaintiff, | |
| vs. | |
| JEFFERY DENELL JACKSON, | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, CHRISTOPHER CHIOU, Acting United States Attorney, through JOSHUA BRISTER, Assistant United States Attorney; and Defendant JEFFERY DENELL JACKSON, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE and SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for October 27, 2021, at 9:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Jackson's sentencing hearing. Defense counsel also requires additional time to meet with Mr. Jackson and review documents, and prepare a sentencing memorandum.

2. The parties agree to the continuance. Mr. Jackson is presently out of custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the second request for a continuance of the sentencing hearing.

Dated this 7th day of October, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
| | ACTING UNITED STATES ATTORNEY |
| BY  /s/ Richard A. Wright | BY   /s/ Joshua Brister |
| RICHARD A. WRIGHT, ESQUIRE | JOSHUA BRISTER |
| SUNETHRA MURALIDHARA, ESQUIRE | Assistant U.S. Attorney |
| Attorney for Jeffery Denell Jackson | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JEFFERY DENELL JACKSON,<br><br>  Defendant. | CASE NO. 2:18-CR-00294-APG-DJA<br><br>**ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for October 27, 2021, at 9:00 a.m., be vacated and continued to December 2, 2021, at 9:00 a.m. in Courtroom 6C.

DATED: October 7, 2021

_____
ANDREW P. GORDON
United States District Judge